Roger D. Stacy, Esq. (SBN 208500)
The Solutions Law Center
3645 Ruffin Road, Ste. 100
San Diego, CA 92123
(858) 300-0033

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Cristobal Escojido,<br><br>             Debtor. | Case No.: 11-07757-MM11<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 3645 Ruffin Road, Ste. 310, San Diego, CA 92123 . On <u>October 6, 2011</u>, I served the following document(s) described as:\

**1) EMERGENCY EX-PARTE MOTION TO SET ASIDE DISMISSAL AND REINSTATE CHAPTER 11 CASE AND AUTOMATIC STAY**
**2) DECLARATION OF DEBTOR'S COUNSEL IN SUPPORT OF EMERGENCY EX-PARTE MOTION TO SET ASIDE DISMISSAL AND REINSTATE CHAPTER 11 CASE AND AUTOMATIC STAY**
**3) Proposed ORDER ON EMERGENCY EX-PARTE MOTION TO SET ASIDE DISMISSAL AND REINSTATE CHAPTER 11 CASE AND AUTOMATIC STAY**

  X   (By E-MAIL OR ELECTRONIC TRANSMISSION): I caused a true and correct copy of the above named document(s) to be electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of California by using the CM/ECF System. The following participants in the case who are registered CM/ECF users will be served automatically through the CM /ECF system:

                                        **Haeji Hong**
                                        **Office Of The U. S. Trustee**
                                        **402 West Broadway, Suite 600**
                                        **San Diego, CA 92101**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
Executed October 6, 2011, at San Diego, California

                                                             /s/Conrado Hinojosa
                                                             Conrado Hinojosa